John H. McFadden, Respondent, *v.* Thompson-Starrett Company, Appellant.

*McFadden* v. *Thompson-Starrett Co.*, 116 App. Div. 285, affirmed.
(Argued April 13, 1908; decided May 19, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been occasioned through defendant's negligence.

*Henry W. Clarke* for appellant.

*Philip J. McCook* and *Eugene Lamb Richards, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Willard Bartlett, Hiscock and Chase, JJ.

---

William Watson et al., Respondents, *v.* John E. Chilberg et al., Appellants.

*Watson* v. *Chilberg*, 116 App. Div. 914, affirmed.
(Argued April 13, 1908; decided May 19, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury in an action to recover on a bill of exchange.

*Dean Emery* for appellants.

*John A. Garver* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Willard Bartlett, Hiscock and Chase, JJ.